IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STELLA CASTILLO,<br><br>                    Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                    Defendant. | 1:09cv0638 LJO DLB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br>(Document 15) |

On April 6, 2009, Plaintiff filed the present action for judicial review of the denial of Social Security benefits.

On December 18, 2009, the Court issued an order to show cause why the action should not be dismissed for Plaintiff's failure to file an opening brief. Plaintiff responded to the order on January 6, 2010, and also filed her opening brief.

Based on Plaintiff's response and the filing of her opening brief, the order to show cause is DISCHARGED.

IT IS SO ORDERED.

Dated:   **January 7, 2010**          /s/ Dennis L. Beck
                                   UNITED STATES MAGISTRATE JUDGE

1