IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STELLA CASTILLO, | ) | 1:09cv0638 LJO DLB |
| | ) | |
| | ) | |
| | ) | ORDER GRANTING |
| Plaintiff, | ) | EXTENSION OF T IME |
| | ) | (Document 20) |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

On February 4, 2010, the parties filed a stipulation and proposed order to allow Defendant an extension of time to respond to Plaintiff's opening brief. The parties' request is GRANTED. Defendant's response to Plaintiff's opening brief SHALL be filed on or before February 26, 2010.

IT IS SO ORDERED.

Dated: __February 4, 2010__      __/s/ Dennis L. Beck__
                                                                             UNITED STATES MAGISTRATE JUDGE