1  BENJAMIN WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone: (415) 977-8937
        Facsimile: (415) 744-0134
7       E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9                       UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF CALIFORNIA
10
11                              **FRESNO DIVISION**

12  STELLA CASTILLO,                )
                                    )   CIVIL NO. 1:09cv00638 DLB
13         Plaintiff,               )
              v.                    )
14                                  )   STIPULATION AND ORDER TO EXTEND
    MICHAEL J. ASTRUE,              )   TIME
15  Acting Commissioner of          )
    Social Security,                )
16                                  )
           Defendant.                )
17  _____)

18

19         The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

20  attached Order, that Defendant shall have a second extension of 10 days to respond to Plaintiff's

21  Confidential Letter Brief up to and including March 8, 2010. This extension is being sought because the

22  undersigned counsel for the Commissioner forgot to re-calendar this case after the first extension and

23  failed to notice the error until she was cleaning out her inbox on Friday, March 5, 2010. Counsel has to

24  finish another brief on March 5 and is thus unable to complete this one by the end of the day.

25

26

27

28

The parties submit that this matter should then proceed in accordance with the original case management order.

                                       Respectfully submitted,

                                       */s/Robert Ishikawa*

Dated: March 5, 2010
                                       ROBERT ISHIKAWA
                                       (as authorized via email on March 5, 2010)
                                       Attorney at Law

                                       Attorney for Plaintiff

Dated: March 5, 2010
                                       BENJAMIN WAGNER
                                       United States Attorney
                                       LUCILLE GONZALES MEIS
                                       Regional Chief Counsel, Region IX
                                       Social Security Administration

                          By:
                                       */s/ Elizabeth Firer*

                                       ELIZABETH FIRER
                                       Special Assistant U.S. Attorney

                                       Attorneys for Defendant

IT IS SO ORDERED.

    **Dated:   March 8, 2010**                    **/s/ Dennis L. Beck**
                                                                         UNITED STATES MAGISTRATE JUDGE